IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **Fort Dearborn Life Insurance,** | Case No.: 1:07 CV 3574-SO |
| **Plaintiff,** | Judge Solomon Oliver |
| vs. | |
| **Veronica Cameron, et al.,** | **STIPULATED NOTICE OF DISMISSAL** |
| **Defendants.** | |

   COME NOW, the parties, through their respective attorneys, and file this their Stipulated Notice of Dismissal, and in support the parties would show that a compromise settlement has been reached between the parties wherein Plaintiff, FORT DEARBORN LIFE INSURANCE, has agreed to pay a sum of **TWENTY-FIVE THOUSAND DOLLARS, ($25,000.00),** to Defendant, VERONICA CAMERON, and pay a sum of **TWENTY-TWO THOUSAND DOLLARS, ($22,000.00)**, to Defendant, JOLENE SHANKWEILER, a/k/a/ Jolene DeMorra  acceptable to Defendants, VERONICA CAMERON and JOLENE SHANKWEILER, a/k/a/ Joelene DeMorra to compromise, settle, discharge, and dismiss each and every claim and cause they have, had, or ever will have arising out of, or in any way connected with the matters, facts, and incidents mentioned and referred to in the Complaint filed herein against the Defendants, and, further, there remain no issues or controversies between the Defendants and Plaintiff.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| FORT DEARBORN LIFE INSURANCE CO., | SAM THOMAS, III, Esq., |
| *Stacy RC Berliner* (**per written consent 1/28/08**) | /s/ *Sam Thomas, III* |
| **Stacy RC Berliner, Esq., (0076683)** | **Sam Thomas, III, Esq., (0067848)** |
| Attorney for Plaintiff | Attorney for Defendant, Veronica Cameron |
| 1400 Key Bank Center | 614 W. Superior Avenue,  #1106 |
| 800 Superior Avenue | Cleveland, Ohio 44113 |
| Cleveland, Ohio 44114 | (216) 229-1521 Direct |
| (216) 622-8588 | (216) 357-3300 Office |
| (216) 241-0816 | (216) 357-3700 Fax |
| E-mail:  sberliner@calfee.com | E-mail:  sam@st3attorney.com |

1/29/2008 - IT IS SO ORDERED.

s/SOLOMON OLIVER, JR. - UNITED STATES DISTRICT JUDGE